STATE OF HAWAII, Plaintiff-Appellee, *v.* ALEXANDER NISKROMONI, JR., Defendant-Appellant

No. 5017

August 27, 1971

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* Defendant was convicted of first degree murder after a jury trial in the first circuit court. On this appeal, he urges that the circuit court erred in giving to the jury over his counsel's objection, an instruction on malice aforethought which repeated the language of HRS § 748-3. The point raised by defendant is well taken. *State v. Cuevas,* 53 Haw. 110, 488 P. 2d 322 (1971). The judgment appealed from is reversed.

*James Blanchfield,* Deputy Public Defender *(Brook Hart,* Public Defender, and *James G. Jung,* Deputy Public Defender, with him on the briefs), for defendant-appellant.

*Patricia K. Park,* Deputy Prosecuting Attorney *(Barry Chung,* Prosecuting Attorney, with her on the brief), for plaintiff-appellee.